FILED

2016 AUG -3 AM 11: 13

WESTERN DISTRICT OF TEXAS

BY_____ no

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**KRISTY MAULDIN, JENNIFER BRIGGS, and
ADRIENNE ROMERO on behalf of themselves
and those employees similarly situated,**
                      **Plaintiffs,**

**-vs-**                                                                    **Case No.  A-15-CA-153-SS**

**VICTORY CHRISTIAN CENTER OF AUSTIN,
INCORPORATED,**
                      **Defendant.**

_____

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Joint Stipulation of

Dismissal [#28] filed by the parties in the above-styled and numbered cause, and after consideration

of the same, the Court enters the following orders:

IT IS ORDERED that the Joint Stipulation of Dismissal [#28] is GRANTED in all

respects and this lawsuit is hereby DISMISSED with prejudice;

IT IS FURTHER ORDERED that all costs are adjudged against the party incurring

same; and

IT IS FINALLY ORDERED that all pending motions in this cause are overruled and

denied as they are now moot.

SIGNED this the ___3ʳᵈ___ day of August 2016.

_____
UNITED STATES DISTRICT JUDGE

